Peter DiPasquale
11755 Barranca Road
Santa Rosa Valley, CA 93012
Phone: (661) 600-2782
Email: onyxempty@gmail.com

Debtor Pro Se

FILED
SEP 26 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# United States Bankruptcy Court
# For Central District of California

| In re: | Case No. | : 9:22-bk-10734-RC |
|---|---|---|
| | Chapter | : 7 |
| Peter DiPasquale | Location | : Santa Barbara |
| Debtor | | |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**
(with supporting declaration)
**[FRBP 1007(c) and Local Bankruptcy Rules]**

1. Peter DiPasquale ("Debtor") requests an extension of time under *FRBP 1007(c)* and *Local Bankruptcy Rules* to file the chapter 7 plan, statements, and schedules.

2. Date Bankruptcy case filed: 09/16/2022

3. First Installment Payment: TBD

4. Date of § 341(a) meeting of creditors: TBD

5. Debtor request extension to and including (extension deadline (date)): TBD

6. Declaration in support of the reason(s) for extension attached.

09/24/2022        _____
                  Peter DiPasquale, Debtor Pro Se

///

-1-
DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS

## DECLARATION OF DEBTOR

I Peter DiPasquale ("Debtor") Decare as follows:

I have had health impacts of the COVID-19 pandemic. Social distancing has put a burden on in-person meetings with the attorney's office helping with this filing. In the interest of justice, I ask the court to extend the time to file the case opening documents to a minimum of 30 days.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

Debtor declares this motion is not meant to harrass, delay, or abuse creditors.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2022.

By: *[signature]*
Peter DiPasquale, Debtor Pro Se

-2-

DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS