Peter DiPasquale
Il 755 Barranca Road
Santa Rosa valley. CA 93012
Phone: (661) 600-2782
Email: onyxempty@gmail.com

Debtor Pro Se



LODGED

SEP 2 6 2022

FILED & ENTERED

SEP 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

United States Bankruptcy Court

For Central District of California

| In re | Case No. | 9.-22-bk-10734-RC |
|---|---|---|
| Peter DiPasquale | Chapter | 7 |
| | Location | Santa Barbara |
| Debtor | | |

--fProposedH)RDER APPROVING DEBTORS MOTION TO
EXTEND TIME TO FILE CASE OPENING DOCUMENTS

Debtor, Peter DiPasqualet Submitted a motion to Extend Time to file case opening cument s, upon review of Debtor, application and the Case file, and for good cause shown, It is

HEREBY ORDERED that the Debtor's Motion is Approved and the deadline to file additional documents is Extended to October 31, 2022

Date- September 30, 2022

Honorable Judge